EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawai`i
THOMAS A. HELPER (5676)
Room 6-100, PJKK Federal Bldg.
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawai`i 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NIDIA I. TORO, Individually and as Next Friend for her minor son, ALEJANDRO G. TORO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. 03-00030 LEK <br><br> STIPULATION REGARDING FILING OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; ORDER |

STIPULATION REGARDING FILING OF PROPOSED
FINDINGS OF FACT AND CONCLUSIONS OF LAW

The parties to this action hereby stipulate to extend by two weeks the deadlines set in the court's June 2, 2006 decision for defendant to serve proposed findings of fact and conclusions of law ("FOF/COL") and for plaintiffs to object to defendant's proposed FOF/COL and to file their own FOF/COL.  Accordingly, the deadline for defendant to file its proposed FOF/COL is July 14, 2006, and the deadline for plaintiffs' response is August 4,

2006.

    The grounds for this extension are that the parties have been trying to resolve this matter through settlement; if this effort had been successful the parties and the court would not have had to expend additional resources on ordering the transcript, preparing the FOF/COL or other issues.  Negotiations have now proven unsuccessful, however, so defendant must now prepare the proposed FOF/COL.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawai`i

/s/ Joseph J. Mellon               /s/ Thomas A. Helper
_____     By _____
JOSEPH J. MELLON                 Thomas A. HELPER
                                 Assistant U.S. Attorney
Attorney for Plaintiffs       Attorneys for Defendant

APPROVED AS TO FORM & ORDER:



                                  _____
                                  Leslie E. Kobayashi
                                  United States Magistrate Judge

<u>Toro, et al. v. USA</u>, Civil No. 03-00030 LEK
"Findings of Fact Conclusions of Law Stipulation"