CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| JOSEPH J. MELLON | jmellon@stklaw.com | 7/18/06 |
| WILLIAM COPULOS | wcopulos@copuloslaw.com | 7/18/06 |

DATED: Honolulu, Hawaii, July 18, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

        /s/ Harry Yee       for
By _____
    THOMAS A. HELPER
    Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA