ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| NIDIA I. TORO, Individually and as Next of Friend for her Minor Son, ALEJANDRO G. TORO<br><br>Plaintiff(s),<br><br>V.<br><br>UNITED STATES OF AMERICA<br><br>Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 03-00030 LEK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>September 7, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiffs pursuant to the "Findings of Fact and Conclusions of Law", filed on August 31, 2006.

cc: all counsel

| | |
|---|---|
| September 7, 2006 | SUE BEITIA |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |