

**ORIGINAL**

COPULOS LAW FIRM, L.L.C.
WILLIAM COPULOS  4908-0
733 Bishop Street, Suite 1850
Honolulu, Hawaii  96813
Telephone:  (808) 536-0500
Fax: (808) 536-0021
Email: **wcopulos@copuloslaw.com**

--AND--

SHUGHART THOMSON & KILROY, P.C.
JOSEPH J. MELLON
1050 Seventeenth Street, Suite 2300
Denver, Colorado  80265
Telephone: (303) 572-9300
Fax: (303) 572-7883
Email: **jmellon@stklaw.com**

ATTORNEYS FOR PLAINTIFFS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 3 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NIDIA I. NOVAK, now known as Nidia Novak, individually and as Next Friend for her minor son, ALEJANDRO G. NOVAK, now known as Alejandro Novak,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) Civil No.  CV03-00030 (LEK)<br>)<br>)<br>)<br>) **NOTICE OF APPEAL**<br>)<br>) Magistrate Judge: Leslie E. Kobayashi<br>)<br>)<br>)<br>)<br>)<br>) |

Notice is hereby given that plaintiffs Nidia I. Novak and Alejandro G. Novak, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the

1971717.1

Judgment in a Civil Case entered September 7, 2006, in favor of Defendant and against Plaintiffs pursuant to the "Findings of Fact and Conclusions of Law," filed on August 31, 2006.

DATED: October 30, 2006

Respectfully submitted,

_____
For William Copulos
Joseph Mellon
Attorneys for Plaintiffs

1971717.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NIDIA I. NOVAK, now know as ) <br> NIDIA NOVAK, individually and as ) <br> Next Friend for her minor son, ) <br> ALEJANDRO G. NOVAK, now know ) <br> as ) <br> ALEJANDRO NOVAK ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. | Civil No. CV03-00030 (LEK) <br><br> **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this ___30___ day of October, 2006, a true and correct copy of the foregoing **NOTICE OF APPEAL** was filed and served upon the following via hand delivery:

Thomas A. Helper, Esq.
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Ste. 6100
Honolulu, Hawaii 96813
Attorney for Defendant
UNITED STATES OF AMERICA

1971717.1