# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  SHORT CASE TITLE:    NOVAK, ET AL., vs. UNITED STATES OF AMERICA

U.S. COURT OF APPEALS DOCKET NUMBER: _06-17160_

U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

U.S. DISTRICT COURT DOCKET NUMBER: CIVIL NO. 03-00030LEK

II  DATE NOTICE OF APPEAL FILED:    10/30/06

III  U.S. COURT OF APPEALS PAYMENT STATUS: PAID FEE $455.00 on 10/30/06

DOCKET FEE PAID ON:         AMOUNT:

NOT PAID YET:               BILLED:

U.S. GOVERNMENT APPEAL:     FEE WAIVED:

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:       & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:    DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 1 6 2006
DISTRICT OF HAWAII

IV  COMPANION CASES, IF ANY:

V.  COMPLETED IN THE U.S. DISTRICT COURT BY:

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)