IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. 03-cv-00030 (LEK)

Short Case Title: Toro v. USA

Date Notice of Appeal Filed by Clerk of District Court: October 30, 2006

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| October 14, 2005 | ESR Operator | Pre-Trial Proceedings |
| SEE ATTACHED | | Other (please specify) Non Jury Trial |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X)  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 11/9/06    Estimated date for completion of transcript: _____

Print Name of Attorney: Joseph J. Mellon    Phone Number: 303-572-9300

Signature of Attorney: [signature]

Address: 1050 17th St., Suite 2300, Denver, CO 80265

### SECTION B - To be completed by court reporter

I, [signature] _____ have received this designation.
(signature of court reporter)
(X) Arrangements for payment were made on N/C for copy filed w/ court
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date: filed 7/07/06

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed: 7/07/06    Court Reporter's Signature: [signature]

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia    12-20-06    BY: [signature]
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

| HEARING DATE(S) | COURT REPORTER | PROCEEDINGS |
| --- | --- | --- |
| September 13, 2005 | Sharon Ross | Non Jury Trial |
| September 14, 2005 | Sharon Ross | Non Jury Trial |
| September 15, 2005 | Sharon Ross | Non Jury Trial |
| September 16, 2005 | Sharon Ross | Non Jury Trial |
| December 13, 2005 | Debra Chun | Non Jury Trial |
| December 14, 2005 | Debra Chun | Non Jury Trial |
| December 15, 2005 | Debra Chun | Non Jury Trial |
| December 16, 2005 | Steve Platt | Non Jury Trial |

\*Please note that these transcripts have already been ordered and entered on the record on November 21, 2005, July 7, 2006 and July 11, 2006, respectively

1979290.1