FILED

**NOT FOR PUBLICATION**

SEP 11 2008

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NIDIA I. TORO, aka Nidia I. Novak, individually and as Next Friend for her minor son; ALEJANDRO G. TORO, aka Alejandro G. Novak,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant - Appellee. | No. 06-17160<br><br>D.C. No. CV-03-00030-LEK<br><br>ORDER |

Before: GOODWIN, RYMER, and IKUTA, Circuit Judges.

  The panel has voted unanimously to deny the petition for rehearing. Judges Rymer and Ikuta have voted to deny the petition for rehearing en banc, and Judge Goodwin recommended denial.

  The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

_____

The petition for rehearing is DENIED and the petition for rehearing en banc is DENIED.